IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHLEY SIMMONDS,<br><br>   Plaintiff,<br><br>v.<br><br>ALL FAB PRECISION SHEETMETAL, INC.,<br><br>   Defendant. | Civil Action No.:<br>1:22-CV-05036-JPB<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL**

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismiss the above-styled civil action WITH PREJUDICE, each party to pay its own fees, costs, and expenses.

Respectfully submitted, this 22nd day of February, 2022.

WE CONSENT AND SO STIPULATE:

[SIGNATURES ON FOLLOWING PAGE]

*/s/ Gregory R. Fidlon*\*  
Gregory R. Fidlon  
Georgia Bar No. 259317  
FIDLON LEGAL, PC  
3355 Lenox Road, Suite 750  
Atlanta, GA 30326  
T: (844) 529-4967  
F: (844) 529-4329  
E: greg@fidlonlegal.com  

*Counsel for Defendant*

*s/ V. Severin Roberts, Esq.*  
V. Severin Roberts  
Georgia Bar No. 940504  
Barrett & Farahany  
P.O. Box 530092  
Atlanta, GA 30353  
T: 404-214-0120  
E: severin@justiceatwork.com  

*Counsel for Plaintiff*

\*With permission

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHLEY SIMMONDS,<br><br>  Plaintiff,<br><br>v.<br><br>ALL FAB PRECISION SHEETMETAL, INC.,<br><br>  Defendant. | Civil Action No.:<br>1:22-CV-05036-JPB<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I certify that on this day I filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all attorneys of record.

This 22nd day of February, 2023.

*s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
